UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order** |
| v. | **23 Cr. 664 (JGK))** |
| Erin Foley and Ted Albin, | |
| *Defendants.* | |

WHEREAS Erin Foley and Ted Albin, the defendants, have come before this Court charged in an Indictment in the above-captioned case; and

WHEREAS Erin Foley and Ted Albin, the defendants, have each been granted pretrial release upon conditions that include a personal recognizance bond in the amount of $500,000, secured by their respective residences; and

WHEREAS Erin Foley, the defendant, holds an ownership interest in the property where she resides, located at 6443 Hall Blvd., Loxahatchee, FL 33470; and

WHEREAS Ted Albin, the defendant, holds an ownership interest in the property where he resides, located at 1750 SW Hackman Terrace, Stuart, FL 34997;

IT IS HEREBY ORDERED that Erin Foley, the defendant, may not sell, pledge, mortgage, hypothecate, encumber, etc., the property at 6443 Hall Blvd., Loxahatchee, FL 33470, until the personal recognizance bond in this case is discharged, or otherwise modified by the Court; and it is further hereby

ORDERED that Ted Albin, the defendant, may not sell, pledge, mortgage, hypothecate, encumber, etc., the property at 1750 SW Hackman Terrace, Stuart, FL 34997, until the personal recognizance bond in this case is discharged, or otherwise modified by the Court.

2023.11.26

SO ORDERED:

Dated: New York, New York
January 17, 2024

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

2023.11.26