UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

ERIN FOLEY,

                Defendant.
------------------------------------------------------------X

21 cr 664 (JGK)

**ORDER**

Bail for the defendant, Erin Foley, is set as follows:

A $500,000 personal recognizance bond, secured by the defendant's primary residence in Palm Beach County, Florda; to be co-signed by two (2) financially responsible persons; travel restrictions include the Southern and Eastern Districts of New York as well as the Southern and Middle Districts of Florida.

The defendant shall surrender all travel documents and make no new applications; pretrial supervision as directed by Pretrial Services. The defendant is to have no contact with witnesses, except in the presence of counsel. Witnesses include present and former employees of all five (5) entities identified in the indictment and present and former clients of Grapevine Professional Services. The defendant shall not discuss the case or facts of the underlying indictment with co-defendant Ted Albin, except in the presence of counsel. The defendant shall not engage in Medicare billing or any employment related to Medicare or to health insurance. The defendant shall have no access to firearms kept in her home. The defendant shall be released on her own signature.

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 17, 2024