# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**10 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

May 28, 2024

Hon. John G. Koeltl  
U.S. District Court - Southern District of New York  
500 Pearl St.  
New York, NY 10007

Re:   *U.S. v. Foley, et. al.* 23 cr 664 (JGK)

Dear Judge Koeltl:

> The conference is adjourned to **Wednesday, July 31, 2024.**
>
> <u>SO</u> ORDERED.
>
> Dated May 28, 2024          /s/ John G. Koeltl  
> New York, New York          John G. Koeltl, U.S.D.J.

I am counsel for Erin Foley, a defendant in the above referenced matter.

Currently, a status conference, for all parties, is scheduled for June 12, 2024.

The date of the conference is a religious observance date for me. As such, I cannot appear at the conference. Accordingly, please accept this letter in lieu of a formal motion requesting the conference be adjourned to a later date. I have conferred with counsel for the co-defendants and the Government. They do not object to this request. After conferring with the parties, we are mutually available during the period from July 29 through July 31, 2024. Accordingly, subject to the Court's availability, I respectfully request the conference be adjourned to a date within this period. In the event the Court is not available within this period, I will confer with Your Honor's Deputy, and the parties, in order to determine a mutually available alternative date.

I consent to an exclusion of time under the Speedy Trial Act as it will also allow the parties additional time to review the discovery and discuss a possible non-trial resolution with the Government. I have conferred with counsel for the codefendants and they have authorized me to consent to this exclusion on behalf of their clients.

Wherefore, I respectfully request this appellation be granted.

Very truly yours,  
/s/  
Jeffrey G. Pittell

cc:   Rushmi Bhaskaran, AUSA  
      Sean Maher  
      Florian Miedel