March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                        X

UNITED STATES OF AMERICA,

                v                              **CONSENT TO PROCEED BY**
                                               **VIDEO CONFERENCE**

ERIN FOLEY                                     **-CR-**    (      ) (      )

            ,        Defendant(s).             23 cr 664

                                        X

Defendant __ERIN FOLEY_____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Plea/Trial/Sentence

_____          _____
Defendant's Signature                   Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

   Erin Foley                              Jeffrey Pittell
_____          _____
Print Defendant's Name                  Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

_10/17/24_____                      _____
Date                                    U.S. District Judge/U.S. Magistrate Judge