UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -against-                                                23 cr 664 (JGK)

ERIN FOLEY and TED ALBIN,                                      **ORDER**
                Defendant.
-----------------------------------------------------------------X

      A motion hearing is scheduled for Friday, February 21, 2025, at 10:30am.  The parties,

however, have submitted no motions, to date.

      Having received no motions from the parties, the proceeding scheduled for Friday,

February 21, 2025, at 10:30am, is canceled.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 13, 2025