# MAHER & PITTELL, LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

December 3, 2025

Hon. John G. Koeltl
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

_____
John G. Koeltl, U.S.D.J.

12/3/25

Re:     *U.S. v. Foley, et. al.* 23 cr 664 (JGK)

Dear Judge Koeltl:

I am counsel for Erin Foley, a defendant in the above referenced matter.

Please accept this letter in lieu of a formal motion requesting a temporary modification of the travel conditions in Ms. Foley's bond.

Currently her travel is restricted to the Southern District of Florida (where she resides) and the SDNY (and travel points in between for court appearances). By this letter, I respectfully this condition be temporarily modified to permit to travel (by car), on or about December 22 - 30, 2025, to and from Greenville, North Carolina. The route of travel will pass through Florida, Georgia, South Carolina and North Carolina. She seeks to travel therewith her husband and children for a family vacation.

Ms. Foley is under courtesy supervision by the U.S. Probation Office for the Southern District of Florida. Prior applications for travel within, and outside of, Florida have been approved without objection by pretrial services or the Government. In addition, there have not been any supervision problems associated with the prior travel.

Prior to submission of this request, I conferred with the Government. They do not object to this request.

Wherefore, I respectfully request this application be granted. If it is granted, prior to her travel, Ms. Foley will provide her itinerary to her supervising Pretrial Officer.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:     William Kinder, AUSA (by ECF)